UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DONALD A. HARANTS
_____
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

SHELBY COUNTY
BOARD OF EDUCATION
AND SHELBY COUNTY SCHOOL
(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g). AND VIOLATION OF AGE DISCRIMINATION OF 1967

2. Plaintiff, DONALD A. HARANTS
(name of plaintiff)

is a citizen of the United States and resides at 585 SANDRIDGE ST.
(street address)

MEMPHIS         U.S         TN.
(city)          (country)   (state)

38122                    901-246-3771
(zip code)               (telephone number)  3241

Revised 4-18-08

3. Defendant's SHELBY COUNTY BOARD OF EDUCATION
(defendant's name) SHELBY COUNTY SCHOOLS
lives at, or its business is located at 160 SOUTH HOLLYWOOD
(street address)
MEMPHIS TN. 38112

4. Plaintiff sought employment from the defendant or was employed by the defendant at
ELMORE PARK. M.S.    6330   ALTHORNE RD.
(street address)
BARTLETT        U.S.            TN.         38134
(city)         (country)       (state)      (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about  15        MAY        2010
(day)        (month)        (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about       N/A
(day)        (month)        (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about  30      SEPTEMBER      2010  AND AMENDED
(day)        (month)        (year)   CHARGE ON MAY 27 20.

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on  29   JULY   2011  . (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) X race, (2) ___ color, (3) X sex, (4) ___ religion, X AGE
(5)___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ____ terminated plaintiff's employment.

   (c) X failed to promote plaintiff.

   (d) BY FAILING AND/OR REFUSSING TO TRANSFER ME TO NUTRITION MANAGER. I WAS DEMOTED TO A PARA PROFESSION (TEACHER AID) POSITION CAUSING ME TO LOSE HOURS AND PAY.

10. The circumstances under which defendants discriminated against plaintiff were as follows: I WAS EMPLOYED AT ELMORE PARK M.S AS A NUTRITION MANAGER FROM AUG. 2008 TO MAY 2010. MS. LOWE, PRINCPAL REQUESTED H.R. TO TRANSFER ME TO ANOTHER SCHOOL. THERE WERE 4 OPENINGS FOR MY POSITION IN 4 ELEMENTARY SCHOOL. ALL 4 PRICIPALS ARE FEMALES AND ALL 4 REJECTED ME FOR THE JOB. FOUR FEMALES WERE SELECTED FOR THE POSITION. MS. LANDSTREET, DIRECTOR OF NUTRITION, TRANSFERE 2 TWO FEMALES MANAGER TO OTHER SCHOOL WHEN THEY REQUESTED IT. MS. LANDSTREET DID NOT FOLLOW SCS POLICIES. H.R FAILED TO NOTIFY ME THAT I WAS NO LONGER ASSIGN TO ELMORE PARK, IN WRITTING AND THAT I WAS REJECTED FOR A TRANSFER. THIS ACTION BY L. WILLIAMS, HR DIRECTOR, IS A CLEAR VIOLATION OF SCS. POLICIES. SEE EXHIBIT III AND 10 CONTINUING OF COMPLAIN (10)

11. The acts set forth in paragraph 9 and 10 of this complaint

(a) _X_ are still being committed by defendant.

(b) ____ are no longer being committed by defendant.

(c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

(a) ____ Defendant be directed to employ plaintiff, or

(b) ____ Defendant be directed to re-employ plaintiff, or

(c) _X_ Defendant be directed to promote plaintiff, or;

(d) _X_ Defendant be directed to PLACE ME IN A POSITION OF EQUAL PAY AND HR. WHICH WERE TAKEN AWAY FROM ME

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

_Donald A. Harand_
SIGNATURE OF PLAINTIFF

Revised 4-18-08