```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| DONALD A. HARANTS, | |
| Plaintiff, | |
| v. | No. 11-2937-JPM-dkv |
| SHELBY COUNTY BOARD OF EDUCATION, | |
| Defendant. | |

                          JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Motion for Summary Judgment (ECF No. 19), the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order of January 17, 2013 (ECF No. 28), this case is DISMISSED WITH PREJUDICE.

APPROVED:

s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

January 17, 2013
Date